# EXHIBIT F

| Form 668(Y) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| **Area:** South Atlantic<br>Lien unit phone: (800)913-6050 | **Serial Number**<br>476173823 | | *For Optional Use by Recording Office* |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**

PHILIPPE G PIACENTINI

**Residence**
52 MULBERRY BLUFF DR
SAVANNAH, GA 31406-3269

Doc ID: 034539670001 Type: FTL
Recorded: 07/20/2023 at 09:09:41 AI
Fee Amt: $25.00 Page 1 of 1
Chatham, Ga. Clerk Superior Court
Tammie Mosley Clerk Superior Court
File#
BK **867** PG **662**

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6038 | 12/31/2008 | XXX-XX-1131 | 12/23/2019 | 01/22/2030 | 137,496.4 |
| 6038 | 12/31/2009 | XXX-XX-1131 | 12/23/2019 | 01/22/2030 | 137496.4 |
| 6677 | 12/31/2007 | XXX-XX-1131 | 02/10/2020 | 03/12/2030 | 136644.4 |
| 6677 | 12/31/2010 | XXX-XX-1131 | 12/23/2019 | 01/22/2030 | 137408.5 |
| 6677 | 12/31/2011 | XXX-XX-1131 | 12/23/2019 | 01/22/2030 | 137408.5 |
| 6677 | 12/31/2012 | XXX-XX-1131 | 12/23/2019 | 01/22/2030 | 137408.5 |
| 6677 | 12/31/2013 | XXX-XX-1131 | 12/23/2019 | 01/22/2030 | 137408.5 |
| 6677 | 12/31/2014 | XXX-XX-1131 | 12/23/2019 | 01/22/2030 | 68704.2 |

**Place of Filing**
Clerk of Superior Court
Chatham County
Savannah, GA 31412

**Total** $ 1029975.6

This notice was prepared and signed at Atlanta, GA on this 19th day of July, 2023

**Signature**
BETTY M. CARTER  (470)719-6663

**Title**
REVENUE OFFICER  23-14-2665

(NOTE: Certificate of officer authorized by law to take acknowledgement is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 2 – Taxpayer Copy          Form **668(Y)(c)** (Rev. 2-2004) CAT. NO 60025X