**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| PHILIPPE G. PIACENTINI; and SUZAN F. PIACENTINI, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:25-cv-91 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal Without Prejudice, signed by counsel for all parties, in which the parties stipulate to the dismissal of this matter without prejudice. (Doc. 22.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED without prejudice**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 4th day of March, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA